CITY OF EXCELSIOR SPRINGS to use of DAVID McCORMICK v. MISSISSIPPI VALLEY TRUST COMPANY, Appellant.

Division One, March 30, 1905.

Transferred from Kansas City Court of Appeals.

Remanded to Kansas City Court of Appeals.

VALLIANT, J.—The facts in this case affecting the question of the appellate jurisdiction of this court are the same as in the case of the same plaintiff against Henry Ettenson, just decided, ante, p. 129.

For the reasons stated in the opinion in that case this cause is also transferred to the Kansas City Court of Appeals.

All concur, except *Brace, P. J.,* absent.